# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICE OF MISSISSIPPI
### GREENVILLE DIVISION

**LEROY BAILEY**                                                                                      **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO.: 4:21-cv-89-JMV**

**JAMES M. KENNEDY, CRST**
**INTERNATIONL, INC., and**
**JOHN DOES ONE through FIVE**                                          **DEFENDANTS**

## ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

A settlement conference was held in this case on July 13, 2022. The case was settled, and the settlement agreement was recorded. Therefore, it is not necessary that the action remain upon the calendar of the court.

**IT IS FURTHER ORDERED** that this action be dismissed. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 13th day of July, 2022.

                                                          /s/ Jane M. Virden
                                                          UNITED STATES MAGISTRAGE JUDGE